Certificate Number: 02921-PAE-DE-033712594

Bankruptcy Case Number: 19-16296



02921-PAE-DE-033712594

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 18, 2019</u>, at <u>9:55</u> o'clock <u>AM EST</u>, <u>Bruce Bryant</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 18, 2019</u>          By:     <u>/s/Erica Librach</u>

                                        Name:   <u>Erica Librach</u>

                                        Title:  <u>counselor</u>