```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                             Case No. 19-16296-jkf
Bruce Lamar Bryant                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2           User: admin                 Page 1 of 2                  Date Rcvd: Jan 17, 2020
                               Form ID: 318                Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db             +Bruce Lamar Bryant,    17 Iris Dr,    Norristown, PA 19403-2912
14401011       +American Heritage Fcu,    3110 Grant Ave,    Philadelphia, PA 19114-2542
14401012       +Andrews Federal Cred U,    5711 Allentown Rd,    Suitland, MD 20746-4547
14401016       +Best Egg/sst,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
14401017       +Bruce l Bryant,    17 Iris Dr,    Norristown, PA 19403-2912
14401019       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14401023       +Fay Servicing,    P.O. Box 809441,    Chicago, IL 60680-9441
14401024       +Gs Bank Usa,    Po Box 45400,    Salt Lake City, UT 84145-0400
14401027       +Kia Motors Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
14401029       +Lending Club Corp,    595 Market Street,    San Francisco, CA 94105-2807
14401032       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14401037       +Pennsylvania Department of Revenue,     4 Strawberry Square,    Harrisburg, PA 17125-0001
14401038       +Philadelphia Co Drs,    34 S 11th St Rm 304,    Philadelphia, PA 19107-3623
14401039       +Prosper Marketplace In,    221 Main Street,    San Francisco, CA 94105-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: BTPDERSHAW.COM Jan 18 2020 08:23:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,    Warminster, PA  18974-0632
smg             E-mail/Text: megan.harper@phila.gov Jan 18 2020 03:49:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2020 03:49:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14401018       +EDI: CAPITALONE.COM Jan 18 2020 08:23:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
14401020       +EDI: WFNNB.COM Jan 18 2020 08:23:00      Comenitycb/bjsclub,    Po Box 182120,
                 Columbus, OH 43218-2120
14401021       +EDI: WFNNB.COM Jan 18 2020 08:23:00      Comenitycb/zales,    Po Box 182120,
                 Columbus, OH 43218-2120
14401022       +EDI: DISCOVER.COM Jan 18 2020 08:23:00      Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
14401025       +EDI: IRS.COM Jan 18 2020 08:23:00      IRS,   P.O. Box 37910,    Hartford, CT 06176-7910
14401026       +EDI: CHASE.COM Jan 18 2020 08:23:00      Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850-5369
14401028       +E-mail/Text: bncnotices@becket-lee.com Jan 18 2020 03:48:01      Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
14401034       +EDI: NAVIENTFKASMSERV.COM Jan 18 2020 08:23:00      Navient Solutions Inc,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14401036       +EDI: AGFINANCE.COM Jan 18 2020 08:23:00      Onemain,    Po Box 1010,    Evansville, IN 47706-1010
14403976        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2020 03:48:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14401041        EDI: AGFINANCE.COM Jan 18 2020 08:23:00      Springleaf Financial S,    4000 Route 130,
                 Delran, NJ 08075
14401044       +EDI: RMSC.COM Jan 18 2020 08:23:00      Syncb/care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
14401045       +EDI: RMSC.COM Jan 18 2020 08:23:00      Syncb/mc,    Po Box 965005,    Orlando, FL 32896-5005
14401046       +EDI: USAA.COM Jan 18 2020 08:23:00      Usaa Savings Bank,    10750 Mc Dermott,
                 San Antonio, TX 78288-1600
14401047        EDI: WFFC.COM Jan 18 2020 08:23:00      Wells Fargo Bank,    Credit Bureau Dispute Resoluti,
                 Des Moines, IA 50306
14401048       +EDI: WFFC.COM Jan 18 2020 08:23:00      Wells Fargo Bank Nv Na,    P.o. Box 94435,
                 Albuquerque, NM 87199-4435
14401049       +EDI: WFFC.COM Jan 18 2020 08:23:00      Wells Fargo Business Card,    WELLS FARGO SBL,
                 po bOX 29482,    Phoenix, AZ 85038-9482
14401050       +EDI: WFFC.COM Jan 18 2020 08:23:00      Wells Fargo Smal Business Advantage,    Wells Fargo SBL,
                 po bOX 29482,    Phoenix, AZ 85038-9482
                                                                                              TOTAL: 21

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
           smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                          Harrisburg, PA  17128-0946
           14401015*     +Andrews Federal Cred U,   5711 Allentown Rd,   Suitland, MD 20746-4547
           14401013*     +Andrews Federal Cred U,   5711 Allentown Rd,   Suitland, MD 20746-4547
           14401014*     +Andrews Federal Cred U,   5711 Allentown Rd,   Suitland, MD 20746-4547
           14401030*     +Lending Club Corp,   595 Market Street,   San Francisco, CA 94105-2807
           14401031*     +Lending Club Corp,   595 Market Street,   San Francisco, CA 94105-2807
           14401033*     +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
           14401035*     +Navient Solutions Inc,   Po Box 9500,   Wilkes Barre, PA 18773-9500
           14401040*     +Prosper Marketplace In,   221 Main Street,   San Francisco, CA 94105-1906
           14401042*    ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,   EVANSVILLE IN 47731-3251
                         (address filed with court: Springleaf Financial S,     4000 Route 130,   Delran, NJ 08075)
           14401043*    ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,   EVANSVILLE IN 47731-3251
                         (address filed with court: Springleaf Financial S,     4000 Route 130,   Delran, NJ 08075)
                                                                                 TOTALS: 0, * 11, ## 0
```

```
District/off: 0313-2          User: admin              Page 2 of 2           Date Rcvd: Jan 17, 2020
                              Form ID: 318             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
         BRIAN C. EVES    on behalf of Debtor Bruce Lamar Bryant BrianEvesLaw@gmail.com
         REBECCA ANN SOLARZ    on behalf of Creditor    CitiBank, N.A., as Trustee for CMLTI Asset Trust
          bkgroup@kmllawgroup.com
         TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Bruce Lamar Bryant**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0721**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **19–16296–jkf** | | |

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bruce Lamar Bryant

<u>1/16/20</u>     **By the court:**   <u>Jean K. FitzSimon</u>
                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318     **Order of Discharge**     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**