*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Bruce Lamar Bryant  : Case No. 19–16296–jkf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , January 21st, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

14
Form 195